**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raghav Mohindra,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Haresh Boghara, et al.,<br><br>　　　　Defendants. | No. CV-25-02050-PHX-SHD<br><br>**ORDER** |

Pending before the Court is Plaintiff Raghav Mohindra and Defendant Haresh Boghara's Joint Discovery Statement. (Doc. 42.)

On July 8, 2025, Dr. Boghara was ordered to respond to Dr. Mohindra's interrogatory and requests for production related to the Optima Sales Proceeds' location during the approximately five-month period in which Dr. Mohindra alleges Dr. Boghara made fraudulent transfers. (Doc. 27 at 3–4.) Dr. Boghara refused to produce documents in response to RFP Nos. 2–4 because the requests "seek[] discovery against [non-party Epic AZ]" and because Epic AZ filed for bankruptcy, "the automatic stay imposed by" 11 U.S.C. § 362(a) "stays any and all discovery requests targeted at Epic AZ." (Doc. 42-1 at 3–4.) Dr. Mohindra argues that 11 U.S.C. § 362(a) does not "prohibit[] discovery to a non-debtor party simply because he is associated with the debtor." (Doc. 42 at 2.)

The automatic stay "does not preclude generation of information regarding claims by or against a non-debtor party, even where that information could eventually adversely affect the [d]ebtor." *In re Miller*, 262 B.R. 499, 505 (B.A.P. 9th Cir. 2001). Likewise, the

automatic stay does not prohibit a party from obtaining discovery from a debtor to prosecute the party's claims against a non-party. *Id.* (holding that the appellant's issuance of a subpoena to the party debtor to obtain information in connection with prosecuting her claims against a non-debtor party did not violate the automatic stay because a subpoena was not "issuance or employment of process" or a "judicial proceeding" against the debtor under §362(a), and noting that to hold otherwise would "def[y] common sense and the spirit of the [Bankruptcy] Code").

Accordingly,

**IT IS ORDERED** that Dr. Boghara must respond to Dr. Mohindra's requests for production Nos. 2–4, (Doc. 42-1 at 4–5), no later than **5:00 PM MST on Thursday, July 31, 2025**.

Dated this 29th day of July, 2025.

_____
Honorable Sharad H. Desai
United States District Judge